No. 1832.—CHARLES CASE, Receiver of the First National Bank of New Orleans, v. JOHN HOULEY.

APPEAL from Fifth District Court of New Orleans. *Leaumont*, J. G. L. *Bright* and J. D. *Rouse*, for plaintiff and appellant. *Budd & Grover*, for defendant and appellee.

LUDELING, C. J. This case presents the same questions decided in Charles Case, Receiver, etc., v. Berwin. For the reasons given in that case, the judgment of the district court in this case must be reversed. In this case the defendant called the city of New Orleans in warranty. There is no just ground for this call in warranty.

It is therefore ordered that the judgment of the district court be avoided and reversed. It is further ordered that the plaintiff have judgment against the defendant for one thousand and ten dollars, with six per cent. per annum interest from the first of June, 1866, to the first of June, 1867, and eight per cent. per annum interest from the first of June, 1867, till paid, and the costs in both courts. It is further ordered that the vendor's privilege and the special mortgage retained on the property sold be recognized and made executory.

Justices Howell and Howe are recused in this case.